UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, individually and on behalf of others similarly situated; and WILLIAM LANCASTER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgie limited liability company; and FLOWERS FINANCE, LLC, a limited liability company,<br><br>Defendants. | Case No.: 18-CV-1190 TWR (JLB)<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(ECF No. 123) |

Presently before the Court is Defendants Flowers Foods, Inc.; Flowers Bakeries, LLC; and Flowers Finance, LLC's Motion for Judgment on the Pleadings ("Mot.," ECF No. 123). On February 18, 2020, the Honorable Janis L. Sammartino stayed this action pending the California Supreme Court's decision in *Vazquez v. Jan-Pro Franchising Int'l, Inc.*, No. S258191 (Cal. Nov. filed 20, 2019), as to whether the "ABC Test" articulated in *Dynamex Operations West Inc. v. Superior Court*, 4 Cal. 5th 903 (2018), applies retroactively. (*See* ECF No. 174.) The Court therefore **DENIES WITHOUT**

**PREJUDICE** Defendants' Motion, which Defendants **MAY RENEW** as appropriate after the stay of this action is lifted.

**IT IS SO ORDERED.**

Dated: October 30, 2020

_____
Honorable Todd W. Robinson
United States District Court