UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DANIEL LUDLOW, individually and on behalf of others similarly situated; and WILLIAM LANCASTER, individually and on behalf of others similarly situated,

Plaintiffs,

v.

FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company; and FLOWERS FINANCE, LLC, a limited liability company,

Defendants.

Case No.:  18cv1190-JO-JLB

**ORDER DENYING PLAINTIFF DANIEL LUDLOW'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Daniel Ludlow filed a motion for partial summary judgment that Defendants cannot satisfy Prong B of the ABC Test.  Dkt. 359.  The Court held oral argument on the motion on July 19, 2023.  For the reasons stated on the record during the oral argument, the Court DENIES the motion [Dkt. 359].

In connection with the briefing, Defendants filed an unopposed motion to seal excerpts of an expert declaration (Exhibit 10) containing internal sales data, financial information, accounting summaries, and valuation data.  Dkt. 392.  The Court finds that Defendants have met their burden to establish such material constitutes confidential

1   business information. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th

2   Cir. 2006) (a party must articulate a "compelling reason" to seal judicial records and

3   documents); *Prescott v. Reckitt Benckiser LLC*, 2022 WL 847309, at *2 (N.D. Cal. Mar.

4   22, 2022) (finding compelling reasons to seal internal business records and confidential

5   business information). Accordingly, the Court GRANTS Defendants' motion to seal [Dkt.

6   392].

7        Plaintiff also filed an unopposed motion to seal excerpts of deposition transcripts

8   (Exhibits 22–23) on the grounds that the excerpts contained material designated by

9   Defendants as "CONFIDENTIAL" under the Protective Order.   Dkt. 395.   Because

10  Plaintiff has not identified any specific harm that would arise from the disclosure, the Court

11  finds Plaintiff has failed to meet his burden to set forth a compelling reason to justify

12  sealing. *Kamakana*, 447 F.3d at 1178 (the court begins with "a strong presumption of

13  access [as] the starting point"). Accordingly, the Court DENIES Plaintiff's motion to seal

14  [Dkt. 395].

15       **IT IS SO ORDERED**.

16

17  Dated:  7/19/23

18

19                                         Honorable Jinsook Ohta
                                           United States District Judge
20

21

22

23

24

25

26

27

28