```
1  CRAIG M. NICHOLAS, CA Bar No. 178444
   ALEX TOMASEVIC, CA Bar No. 245598
2  SHAUN MARKLEY, CA Bar No. 291785
   NICHOLAS & TOMASEVIC, LLP
3  225 Broadway, 19th Floor
   San Diego, California 92101
4  Tel: (619) 325-0492
   Fax: (619) 325-0496
5  Email: cnicholas@nicholaslaw.org
   Email: atomasevic@nicholaslaw.org
6  Email: smarkley@nicholaslaw.org

7  Attorneys for Plaintiffs

8  ALEXANDER M. CHEMERS, CA Bar No. 263726
   alexander.chemers@ogletree.com
9  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
10 400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
11 Telephone:    213-239-9800
   Facsimile:    213-239-9045
12
   Attorneys for Defendants
13
   [*Additional Counsel on Following Page*]
14
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, individually and on behalf of others similarly-situated; and WILLIAM LANCASTER, individually and on behalf of others similarly-situated,<br><br>                Plaintiffs,<br>       vs.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company, FLOWERS FINANCE, LLC, a limited liability company;<br><br>                Defendants. | Case No. 3:18-cv-01190-JO-JLB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Judge**: Hon. Jinsook Ohta<br>**Magistrate Judge**: Hon. Jill L. Burkhardt<br><br>**Complaint Filed**: June 6, 2018 |

Case No. 3:18-CV-01190-JO-JLB

JOINT NOTICE OF SETTLEMENT

1  JARED L. PALMER, CA Bar No. 287974
   jared.palmer@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  One Embarcadero Center, Suite 900
   San Francisco, CA  94105
4  Telephone:  415-442-4810
   Facsimile:   415-442-4870
5
6  KEVIN P. HISHTA, Pro Hac Vice
   kevin.hishta@ogletree.com
7  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
8  191 Peachtree Street, N.E., Suite 4800
   Atlanta, GA 30303
9  Telephone:  (404) 881-1300
   Facsimile:   (404) 870-1732
10
   Attorneys for Defendants FLOWERS FOODS, INC.
11 and FLOWERS BAKERIES, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:18-CV-01190-JO-JLB

JOINT NOTICE OF SETTLEMENT

In advance of the September 6, 2023 Status Conference, Plaintiffs DANIEL LUDLOW and WILLIAM LANCASTER ("Plaintiffs"), and Defendants FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC ("Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby jointly advise the Court that they have agreed to settle the above-captioned matter and the consolidated matter of *Maciel, et al. v. Flowers Foods, Inc., et al.*, No. 3:20-cv-02059-JO-JLB ("*Maciel*"), as well as *Maciel v. Flowers Foods, Inc., et al.*, 20-CIV-02959 (San Mateo County Superior Court, Cal.) ("*Maciel* PAGA Action"). The Parties executed a Settlement Term Sheet on August 29, 2023.

The Parties are working towards drafting and executing a long-form settlement agreement, and intend to file a joint motion for preliminary approval on or before October 9, 2023, or as soon as practicable thereafter. The Parties respectfully request that the Court vacate all pre-trial and trial-related dates, exclusive of the September 6, 2023 Status Conference previously requested, and stay this and the *Maciel* matter pending deadlines to effectuate the terms of the Parties' settlement.

Respectfully submitted,

DATED: September 5, 2023     **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Jared Palmer*
Alexander M. Chemers
Kevin P. Hishta
Jared L. Palmer
Attorneys for Defendants

DATED: September 5, 2023     **NICHOLAS & TOMASEVIC, LLP**

By: */s/ Shaun Markley*
Craig Nicholas
Alex Tomasevic
Shaun Markley
Attorneys for Plaintiffs

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Shaun Markley, counsel for Plaintiffs, and that I have obtained Mr. Markley's authorization to affix his electronic signature to this document.

DATED: September 5, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Jared L. Palmer*
Jared L. Palmer
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2023.

By: /s/ *Jared L. Palmer*
Jared L. Palmer
Attorneys for Defendants