# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, individually and on behalf of others similarly-situated; and WILLIAM LANCASTER, individually and on behalf of others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company; and FLOWERS FINANCE, LLC, a limited liability company,<br><br>Defendants. | Case No. 3:18-cv-01190-JO-JLB<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF OCTOBER 9, 2023 DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>Complaint Filed: June 6, 2018<br><br>District Judge: Hon. Jinsook Ohta<br>Magistrate Judge: Hon. Jill L. Burkhardt |

Good cause appearing,

1. The Court GRANTS the Parties' Joint Motion for Continuance of October 9, 2023 Deadline to File Motion for Preliminary Approval of Class Settlement.

2. The Parties' Deadline to File a Joint Motion for Preliminary Approval of Class Settlement is Continued from October 9, 2023, to On or Before October 16, 2023.

**IT IS SO ORDERED.**

DATED: 10/6/23

Hon. Jinsook Ohta
United States District Court Judge