**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**
One Embarcadero Center, Suite 900
San Francisco, CA  94105
Telephone:   415-369-3553
Facsimile:   415-442-4870

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, ET AL., <br><br>              Plaintiff, <br>     v. <br><br>FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC, <br><br>              Defendants. <br><br>and | Case No. 3:18-cv-01190-JO-JLB <br><br> **JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br>**Date**: October 25, 2023 <br>**Time**: 8:30 a.m. <br>**Courtroom**: 4C <br><br>**Judge:** Hon. Jinsook Ohta <br>**Magistrate**: Hon. Jill L. Burkhardt <br><br>**Complaint Filed**: June 6, 2018 <br>**Final Pretrial Conf.**: Not Set |

| | | |
|---|---|---|
| | JOSE MACIEL, an individual, and MACIEL DISTRIBUTION, INC., a California corporation, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company, FLOWERS FINANCE, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. 3:20-cv-02059-JO-JLB |

ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:     213-239-9045

KEVIN HISHTA, *Pro Hac Vice*
kevin.hishta@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone:  404-881-1300
Facsimile:   404-870-1732

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 25, 2023, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Jinsook Ohta, in Department 4C of the above referenced Court, Plaintiffs Daniel Ludlow, William Lancaster, and Jose Maciel ("Plaintiffs") on behalf of themselves and all others similarly-situated and Flowers Foods, Inc., Flowers Bakeries, LLC, and Flowers Finance, LLC ("Defendants"), will, and hereby do, move this Court to:

(1) Preliminarily approve the settlement described in the Class Action Settlement Agreement and Release ("Settlement"), filed herewith as Exhibit 1 to the Declaration of Alex Tomasevic ("Tomasevic Decl.");

(2) Permit the parties to consolidate the *Maciel* PAGA claim into this action by entering the proposed First Amended Complaint in the *Maciel* consolidated matter attached as Exhibit 2 to the Tomasevic Decl.

(3) Approve distribution of the proposed Class Settlement Notices to Class Members;

(4) Appoint Plaintiffs Daniel Ludlow, William Lancaster, and Jose Maciel as the Class Representatives;

(5) Appoint Craig M. Nicholas, Alex Tomasevic, and Shaun Markley of Nicholas & Tomasevic, LLP, as Class Counsel;

(6) Appoint Rust Consulting as the Settlement Administrator; and

(7) Set a hearing for Final Approval of the Settlement Agreement and Plaintiffs' motion for attorney's fees and costs at least 100 days after the preliminary approval order.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities filed herewith; (3) the Settlement Agreement filed herewith; (4) the Declaration of Alex Tomasevic and related exhibits filed herewith; (5) the records, pleadings, and papers filed in this action; and

(6) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Respectfully submitted,

Dated: October 16, 2023  **NICHOLAS & TOMASEVIC, LLP**

By: */s/ Alex Tomasevic*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

Dated: October 16, 2023  **OGLETREE DEAKINS**

By: */s/ Jared L. Palmer*
Jared L. Palmer, CA Bar No. 287974
jared.palmer@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, CA 94105
Telephone: 415-369-3553
Facsimile: 415-442-4870

Alexander M. Chemers, CA Bar No. 263726
alexander.chemers@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Kevin Hishta, *Pro Hac Vice*
kevin.hishta@ogletree.com
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Facsimile: 404-870-1732

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jared Palmer, counsel for Defendants, and that I have obtained Mr. Palmer's authorization to affix his electronic signature to this document.

Dated: October 16, 2023                     **NICHOLAS & TOMASEVIC, LLP**

                                    By:    */s/ Alex Tomasevic*
                                           Alex Tomasevic (SBN 245598)

                                           Attorneys for Plaintiffs