**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**
One Embarcadero Center, Suite 900
San Francisco, CA 94105
Telephone:   415-369-3553
Facsimile:   415-442-4870

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC

*[Additional Counsel on Following Page]*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC, <br><br> Defendants. <br><br> and | Case No. 3:18-cv-01190-JO-JLB <br><br> **JOINT SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> **Date**:   November 8, 2023 <br> **Time**:   9:00 a.m. <br> **Dept.**:   4C <br><br> **Judge:** Hon. Jinsook Ohta <br> **Magistrate:** Hon. Jill L. Burkhardt <br><br> **Complaint Filed**: June 6, 2018 <br> **Final Pretrial Conf.**: Not Set |

|  |  |
|---|---|
| JOSE MACIEL, an individual, and MACIEL DISTRIBUTION, INC., a California corporation, on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company, FLOWERS FINANCE, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 3:20-cv-02059-JO-JLB |

ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

KEVIN HISHTA, *Pro Hac Vice*
kevin.hishta@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Facsimile: 404-870-1732

Attorneys for Defendants FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC

## I. INTRODUCTION

As requested by the Court, Named Plaintiffs Daniel Ludlow, William Lancaster, and Jose Maciel ("Named Plaintiffs"), on behalf of themselves and any corporations or business entities through which they operated, and on behalf of the Class Members, and any corporations or business entities through which they operated, and Defendants Flowers Foods, Inc. ("Flowers Foods"), Flowers Bakeries, LLC ("Flowers Bakeries"), and Flowers Finance, LLC ("FLOFIN") ("Defendants") respectfully submit this Joint Supplemental Memorandum ("Supplemental Memorandum") in Support of their Joint Motion for Preliminary Approval. This Supplemental Memorandum addresses the following issues or questions raised by the Court at our first hearing re: preliminary approval of the settlement: 1) the conditions or qualifications to the job offer component of the settlement, i.e., providing more information on how Class Members will be entitled to a job offer with a Flowers entity provided they are interested, otherwise qualified for employment, and complete all documents required for employment; and 2) how Class Members might receive notice of the settlement electronically (via e-mail) and also communicate their thoughts regarding the settlement electronically.

The answers are, in short: 1) the parties propose adding another exhibit to the Settlement Agreement, Exhibit "8", that further discloses all the expectations for hiring, such as demonstrating the legal authority to work within the United States and the completing of a standard employment application, among other things. 2) While the Settlement Agreement already provides for notice of the settlement via email, the notices themselves (attached as exhibits to the Agreement) have been slightly modified to make the email availability clearer and to point class members to the settlement website that will be established by the Administrator upon preliminary approval for further information. A full clean and updated Settlement Agreement, complete with all new or revised exhibits, is attached to the

accompanying Declaration of Alex Tomasevic. The parties respectfully request that the Honorable Court preliminarily approve the Agreement as modified.

## II. EMPLOYMENT OPPORTUNITIES FOR CLASS MEMBERS

The comprehensive Class Action Settlement and Release ("Settlement Agreement") specifies that following the termination of all Distributor Agreements of Current Flowers California Distributors (including all Agreements with Current Distributor Class Members and FLSA Plaintiffs), "all such Current California Distributors may choose to operate for the applicable Flowers entity, provided they are interested, otherwise qualify for employment, and complete all documents required for employment." Exhibit 1 to the Declaration of Alex Tomasevic ("Tomasevic Decl.") submitted with the Joint Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement ("Joint Memorandum"), Dkt. No. 429-3, at § 7.2. Such job opportunities will not only be made available to Current California Distributors, but also to former distributors in California and, at Flowers sole discretion, to the helpers/assistants/employees of all such Class Members and FLSA Plaintiffs. *See* Tomasevic Decl., Ex. 1 at § 7.19. All employees hired are eligible for a comprehensive benefits package, including health, vision, and dental insurance, a 401(k) retirement savings plan, etc. *See* Joint Memorandum, Dkt. 429-1, pp. 16-17; Tomasevic Decl., Ex. 1 at § 7.18.

As also discussed in the Joint Memorandum, the employment model being implemented is designed to staff a distribution model different from the current franchise distribution model. While there will be some Route Sales Representatives ("RSRs") who will function like those individuals currently servicing franchise territories (distributors or their assistants/helpers), there will also be Route Delivery Drivers (who will be responsible for sorting, inventorying, loading and delivering daily orders of bakery products to larger customers – commonly referred to as drop delivery distribution) and Sales Merchandisers. Sales Merchandisers will be

responsible for the ordering, sales, and merchandising of fresh baked products and developing relationships with larger retail customers, such customers' management teams, and other store personnel. Sales Merchandisers will service the larger retail customers that will have products delivered to them by Route Delivery Drivers, as well as accounts serviced by RSRs on RSRs' days off/vacations. Because of this new distribution system, Current California Distributors may not be offered an RSR position servicing the same accounts as currently being serviced.

As noted above, to qualify for employment, interested Class Members must otherwise qualify for employment and complete all documents required for employment. The qualifications are outlined below:

**Qualifications for Flowers Employment Positions in CA**

1. Demonstrating the legal authority to work within the United States as confirmed through E-Verify;
2. Timely and truthfully completing an employment application and all paperwork necessary to hire and onboard the distributors as a Flowers employee;
3. Being in compliance with the terms of the Distributor Agreement;
4. Passing a post-job offer pre-employment physical demonstrating the distributor can perform the essential duties of the position with or without a reasonable accommodation;
5. Otherwise being qualified to perform the essential duties of the various offered roles;
6. Being at least 21 years of age;
7. Passing a post-job offer pre-employment drug test;
8. Obtaining, where necessary, a Department of Transportation ("DOT") medical card; and
9. Passing a criminal background and motor vehicle record ("MVR") check after a conditional offer of employment has been made.

*Flowers retains the discretion to decide which position, warehouse and/or accounts hired distributors are assigned.

These qualifications are tailored to ensure that employees can perform the essential functions of the job offered, with or without reasonable accommodation, and otherwise meet the applicable legal requirements. The applicable legal requirements include I-9 compliance (E-Verify) and DOT requirements. For example, being 21 years of age is necessary to drive a DOT-covered vehicle and obtain insurance coverage. As noted above, employment physicals, criminal background checks and motor vehicle record checks are only conducted after a conditional offer of employment has already been made, consistent with applicable law.[1]  Background checks will be conducted in compliance with both federal and state law and an individual will be disqualified based on a criminal record only when the conviction is job related and consistent with business necessity in accordance with the guidelines issued by both federal and state authorities. Flowers is also required by its insurance companies to obtain a motor vehicle record of any applicant who will be operating a motor vehicle as part of their employment with Flowers.

There will be approximately 500 open positions to be filled.  By reference, there are approximately 275 current Class Members whose territories would be repurchased as part of the proposed settlement.  And given the tight labor market, it will be a significant endeavor to fill such positions, but Flowers is cautiously optimistic a large majority will be Class Members. Flowers have every incentive and intention to fill all open positions quickly and efficiently so as not to disrupt sales and customer relationships.  The more positions that can be filled by those with experience like qualified Class Members, the easier the transition to the employment model will be, thus promoting excellent customer service and paving the way for

---

[1] As discussed below, the Parties will specify these qualifications in a new "Exhibit 8" to the Settlement Agreement.

increased sales. The employment model will be explained in a series of meetings Flowers personnel will conduct with interested Class Members (Class Counsel may attend) and podcasts. Flowers goal is to promote the employment opportunities and encourage Class Members to seek employment with Flowers—not deter it— which is specifically memorialized in the Settlement Agreement and now more specifically described in proposed "Exhibit 8" further discussed below. *See* Tomasevic Decl., Ex. 1 at §§ 7.16, 15.6.

### III. NEW EHIBIT "8" TO THE AGREEMENT

Attached to the accompanying Supplemental Declaration of Alex Tomasevic ("Suppl. Tomasevic Decl.") as Exhibit 1 (v.2) is a clean copy of the proposed Settlement Agreement as modified. Included therewith is a new "Exhibit 8" jointly proposed by the Parties to further explain the qualifications for employment at a Flowers entity (also listed above). Additionally, should any Settlement Class Member take issue with any decision by any Flowers entity not to hire them, shall be subject to the arbitration dispute resolution process outlined in the Settlement Agreement including, if necessary, instituting an arbitration where Flowers pays for any initial fees and the arbitrator costs. The parties plan to sign "Exhibit 8" if it is acceptable to the Court.

### IV. CLARIFICATIONS REGARDING THE CLASS NOTICE PROGRAM

Next, the parties herby confirm that the class notices will be sent out via mail *and* email to all those Class Members who have provided email addresses. This was already expressed in Section 10.3.1 of the Settlement Agreement.

Now, however, the parties will also clarify that communications *back to* the Administrator, Flowers, and counsel, can also be done electronically via email. For example, should a Class Member choose to opt out of the monetary portion of the settlement, they can do so via email *or* regular mail. All the proposed class notices have been slightly modified to make that clearer. Suppl. Tomasevic Decl., Ex. 1 (v.2) at Exs. 1A, 1B, 2A, 2B, 3 (new clean copies of the notices); Suppl. Tomasevic

Decl., Ex. 2 (redlined copies of all notices showing all edits). The web address of the settlement website, which the Administrator will publish after preliminary approval, will also be included.

Also, the settlement contemplates Class Members filling out a "Showing of Interest Form" to signal whether they might be interested in one of the future job opportunities with Flowers. The parties have added a sentence to that form, Exhibit "4" to the Agreement, explaining that it can be returned via mail *or* email.[2]

## V.  CONCLUSION

The parties respectfully submit that they have addressed the Court's two questions from the first Preliminary Approval hearing. For the foregoing reasons, and the reasons set forth in the previously filed Joint Memorandum, the Parties respectfully request that the Court: (1) grant preliminary approval of the proposed Settlement as modified; (2) approve Rust Consulting as the Settlement Administrator; (3) approve the form, content, and method of distribution of all Notices to be issued as modified; (4) set a briefing schedule for: the motion for final approval, Class Counsel's motion for attorneys' fees and costs, and Named Plaintiffs' motion for Service Awards; and (5) schedule a fairness hearing to consider final approval of the proposed settlement.

Respectfully submitted,

Dated: November 8, 2023            **NICHOLAS & TOMASEVIC, LLP**

By:  */s/ Alex Tomasevic*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492

---

[2] Formal objections to the settlement agreement, or motions to intervene, still must be mailed to or filed with the Court as is typical, but the parties will accept service of said filings via the email addresses they provided.

Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

Dated: November 8, 2023        **OGLETREE DEAKINS**

By:   */s/ Jared L. Palmer*
Jared L. Palmer, CA Bar No. 287974
jared.palmer@ogletree.com
One Embarcadero Center, Suite 900
San Francisco, CA  94105
Telephone:  415-369-3553
Facsimile:   415-442-4870

Alexander M. Chemers, CA Bar No. 263726
alexander.chemers@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Kevin P. Hishta, *Pro Hac Vice*
kevin.hishta@ogletree.com
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
Telephone:  404-881-1300
Facsimile:   404-870-1732

Attorneys for Defendants
FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the content of this document is acceptable to Jared Palmer, counsel for Defendants, and that I have obtained Mr. Palmer's authorization to affix his electronic signature to this document.

Dated: November 8, 2023         **NICHOLAS & TOMASECIV, LLP**

By:   */s/ Alex Tomasevic*
Alex Tomasevic (SBN 245598)

Attorneys for Plaintiffs