**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, ET AL., | Case No. 3:18-cv-01190-JO-JLB |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF ALEX TOMASEVIC IN SUPPORT OF THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC, | |
| Defendants. | **Judge:** Hon. Jinsook Ohta<br>**Magistrate**: Hon. Jill L. Burkhardt |
| | **Complaint Filed**: June 6, 2018<br>**Final Pretrial Conf.**: Not Set |
| and | |
| JOSE MACIEL, an individual, and MACIEL DISTRIBUTION, INC., a California corporation, on behalf of themselves and others similarly situated, | Case No. 3:20-cv-02059-JO-JLB |
| Plaintiffs, | |
| v. | |
| FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company, FLOWERS FINANCE, LLC, a Delaware limited liability company, | |
| Defendants. | |

1
SUPPLEMENTAL DECLARATION OF ALEX TOMASEVIC IN SUPPORT OF JOINT
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Alex Tomasevic, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California; the United States District Court for the Southern, Northern, Eastern, and Central Districts of California; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court. I am a founding partner with the law firm of Nicholas & Tomasevic, LLP, counsel of record for Plaintiffs. I am familiar with the facts of this case and if called upon as a witness I could testify to the following facts based on my own personal knowledge. I submit this supplemental declaration in support of the Parties' Joint Motion for Preliminary Approval of Class Action Settlement. If called to testify, I could and would testify to these facts.

2. Attached hereto as **Exhibit 1 (v.2)** is a true and correct copy of the Parties' modified proposed Settlement Agreement. Included therewith is a new "Exhibit 8" jointly proposed by the Parties to further explain the qualifications for employment at a Flowers entity, revised class notices, and a revised "Showing of Interest Form."

3. Next, the parties herby confirm that the class notices will be sent out via mail *and* email to all those Class Members who have provided email addresses, as stated in Section 10.3.1 of the Settlement Agreement.

4. Also, communications *back to* the Administrator, Flowers, and counsel, can be done electronically via email. For example, should a Class Member choose to opt out of the monetary portion of the settlement, they can do so via email *or* regular mail. All the proposed class notices, and the "Showing of Interest Form" have been slightly modified to make that clearer. Attached hereto as **Exhibit 2** are true and correct redlined copies of the modified class notices and Showing of Interest Form tracking the changes compared to the first versions previously submitted to the Court. Clean final copies of same are part of Exhibit 1b described above.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct to the best of my personal knowledge. Executed on
3  November 8, 2023, in San Diego, California.

4 By: */s/ Alex Tomasevic*
5 Alex Tomasevic (SBN 245598)
   Declarant / Attorneys for Plaintiffs