# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, ET AL., | Case No. 3:18-cv-01190-JO-JLB |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY |
| v. | |
| FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC, | **Judge:** Hon. Jinsook Ohta<br>**Magistrate**: Hon. Jill L. Burkhardt |
| Defendants. | **Complaint Filed**: June 6, 2018<br>**Trial Date**: Not Set |

1  The Court, having read and considered Plaintiff's Suggestion of Death Upon
2  the Record Under Rule 25(a)(1) and Motion for Substitution of Party, and for good
3  cause appearing, hereby GRANTS the same.
4  The Court hereby orders that:
5  1.  An Order of Substitution be entered substituting Mary Hardison-
6  Castaneda, as David Castaneda's surviving spouse and Trustee of his estate, as a class
7  member in place of David Castaneda. The assigned Administrator shall substitute
8  Mary Hardison-Castenada in place of David Castaneda for the purposes of
9  administering the preliminarily approved settlement.

**IT IS SO ORDERED**

Dated: 12/11, 2023

_____
Hon. Jinsook Ohta