# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, ET AL.,<br><br>  Plaintiff,<br>v.<br><br>FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC,<br><br>  Defendants. | Case No. 3:18-cv-01190-JO-JLB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITION OF PARTY**<br><br>**Judge:** Hon. Jinsook Ohta<br>**Magistrate**: Hon. Jill L. Burkhardt<br><br>**Complaint Filed**: June 6, 2018<br>**Trial Date**: Not Set |

1 | The Court, having read and considered Plaintiff's Suggestion of Death Upon the Record Under Rule 25(a)(1) and Motion for Substitution of Party, and for good cause appearing, hereby GRANTS the same.

The Court hereby orders that:

1. An Order of Substitution be entered substituting Mirna Ivette Rivera De Jesus, as Hector Barrientos' surviving spouse, as a class member in place of Hector Barrientos.

**IT IS SO ORDERED**

Dated: 1/5/24, 2024

_____
Hon. Jinsook Ohta