**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Shaun Markley (SBN 291785)
Jordan Belcastro (SBN 339570)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: smarkley@nicholaslaw.org
Email: jbelcastro@nicholaslaw.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUDLOW, ET AL., <br><br>Plaintiff, <br><br>v. <br><br>FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, and FLOWERS FINANCE, LLC, <br><br>Defendants. | Case No. 3:18-cv-01190-JO-JLB <br><br>**DECLARATION OF SHAUN MARKLEY RE: PLAINTIFFS' RESPONSE TO JEREMIAH MONTANEZ'S OBJECTION TO THE CLASS ACTION SETTLEMENT** <br><br>**Judge:** Hon. Jinsook Ohta <br>**Magistrate**: Hon. Jill L. Burkhardt <br><br>**Complaint Filed**: June 6, 2018 <br>**Final Pretrial Conf.**: Not Set |
| JOSE MACIEL, an individual, and MACIEL DISTRIBUTION, INC., a California corporation, on behalf of themselves and others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>FLOWERS FOODS, INC., a Georgia corporation; FLOWERS BAKERIES, LLC, a Georgia limited liability company, FLOWERS FINANCE, LLC, a Delaware limited liability company, <br><br>Defendants. | Case No. 3:20-cv-02059-JO-JLB |

1
DECLARATION OF SHAUN MARKLEY RE: PLAINTIFFS' RESPONSE TO JEREMIAH MONTANEZ'S OBJECTION TO THE CLASS ACTION SETTLEMENT

I, SHAUN MARKLEY, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California; the United States District Court for the Southern, Northern, Eastern, and Central Districts of California; and the United States Court of Appeals for the Ninth Circuit. I am a partner with the law firm of Nicholas & Tomasevic, LLP, counsel of record for Plaintiffs. The following facts in this declaration are stated from my personal knowledge, except those facts stated on information and belief, which I believe to be true and correct, and if called upon as a witness, I would testify competently thereto under oath. I submit this declaration in support of the Plaintiffs' Response to Jeremiah Montanez's Objection to the Class Action Settlement.

2. Based on the records in this case, Mr. Montanez is a class member who did not opt out of the case upon receiving notice of class certification. He is not an FLSA opt-in.

3. Based on records produced in the case, Mr. Montanez has worked as a Distributor for the entirety of the class period at issue.

4. Based on settlement administration records, it is anticipated he will receive over $93,000 under the monetary terms of the Settlement.

5. Attached hereto as **Exhibit 1** is a true and correct copy of Jeremiah Montanez's objection to the class action settlement post-marked January 24, 2024.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on February 2, 2024, in San Diego, California.

By: */s/ Shaun Markley*
SHAUN MARKLEY
Declarant / Attorneys for Plaintiffs