# EXHIBIT 1

Jeremiah J. M. Montanez
Joshua Montanez Distributions

Tel.# ▮
Email: ▮

January 18, 2024

Clerk of the Court
U.S. District Court for the Southern District
    Of California
333 West Broadway, Suite 420
San Diego, CA 92101

To the Clerk of the Court,

In the light of what is currently going on with Flowers Foods, Inc. and all their distributors which own small businesses, I am writing this letter to ask your good Court to please discontinue the ruling for the company to repurchase our distribution rights. When I started with Flowers Foods over ten years ago, I found purpose and passion in a job/business that I never imagined. Having a background in the Marine Corps, I thought I would pursue law enforcement jobs. Never did I imagine that I would have an inclination for business, but when the company gave me a chance to own my own business routes, I began to have a passion for this endeavor, and I was able to make it grow and prosper. In the process, I was even able to buy a second route which I, together with my wife, am also earnestly growing.

I had envisioned growing my bread distribution businesses and passing them down to my children who have occasionally come with me to work and have been inspired to have the same business when they grow up. They are excited when I take them to work with me, insisting on helping stack store shelves. They like seeing me work hard and that inspires them about worth ethics and business sense. These businesses have amply provided for us and have allowed me to save for our children's college funds.

I do agree with the settlement, but I am objecting to the company's Buy-Back plan which means I will lose ownership of a business I have already grown and has been good for my family. I am part of the majority of distributors that have been satisfied with the company's business principles and methods, evidenced by my pursuit of continually growing my business routes. We were dragged along in this lawsuit with the few that were not happy with Flowers Foods. Please give us a chance to continue to own and grow our routes. Moving forward, it can be stipulated in distributors' contracts with the company that if we are not satisfied with our routes or the company, we could have the option to let the company buy back our routes instead. It can be a firm requirement that we cannot sue the company in any time in the future. Our relationship with the company can be discussed and stipulations about what we can and cannot do as route owners can be written and signed by us.

I implore the Court to please reconsider your ruling of allowing the company to buy back our routes and in the process stripping us of owning our small businesses which are essentially our livelihoods. I pray you will find it in your hearts to consider what the adverse impact of disallowing us to have our own businesses will do to our families.

Thank you very much for your kind consideration to this matter.

Sincerely,

Jeremiah Joshua. M. Montanez

Jeremiah JM Montañez



CERTIFIED MAIL

7022 2410 0000 4744 4315

Retail

SA[ ]
24

RDC 99

92101

U.S. POSTAGE PAID
FCM LETTER
LEMON GROVE, CA 91945
JAN 24, 2024

$5.08

R2305K141857-12

Shaun Markley
Nicholas & Tomasevic, LLP
225 Broadway, 19th Floor
San Diego, CA 92101

92101-500925